# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KARL SCHENKER, | ) | 3:14-CV-0277-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 4, 2014 |
| | ) | |
| RENE BAKER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN      **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On June 25, 2014, the court "stayed this action for ninety days to allow plaintiff and defendants an opportunity to settle their dispute before an answer is filed or the discovery process begins" (#3). The court further ordered that "[d]uring this ninety-day stay period, no other pleadings or papers shall be filed in this case, and the parties shall not engage in discovery." *Id.*  An inmate early mediation conference is scheduled for September 23, 2014 (#6).

Pending before the court are three motions that plaintiff has filed:

1. motion to disclose full name of defense counsel for defendant Fikes (#8);
2. motion for perjury (#10); and
3. motion for order to show cause (#12).

These three motions are hereby **STRICKEN** because they were filed within the ninety-day stay period. Any other pleadings or papers in this case during the ninety-day stay period will be stricken by the court without further order.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk