# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KARL W. SCHENKER, | 3:14-CV-0277-RCJ (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | January 5, 2015 |
| RENEE BAKER, et al., | |
| Defendants. | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff and defendants filed a series of motions concerning the settlement agreement reached at mediation (#s 21–35, 27, 28, 35, 38, & 39). On November 29, 2014, plaintiff filed a motion to capitulate on all outstanding motions (#38). Therefore, motions #38 & #39 are **GRANTED** and motions #s 21, 22, 23, 25, 27, 28, 30, & 35 are **DENIED as moot**. The Clerk shall **DETACH** and **FILE** the stipulation to dismiss attached as Exhibit A to document #37.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
Deputy Clerk